

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2020

No. 04-19-00882-CV

**VILLEJO ENTERPRISES, LLC** D/B/A Good Guys Auto Group ("Good Guys"),
Appellant
v.
**C.R. COX, INC** D/B/A AAMCO and Carl Cox,
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2019CV01289
Honorable David J. Rodriguez, Judge Presiding

## O R D E R

The Appellant's Unopposed Motion to Supplement the clerk's record is hereby
GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 16th day of September, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court